UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

CORAL DYEING & FINISHING CORP.

Debtor

Chapter 11

Case No.: 13-29792

Judge: Hon. Stacey L. Meisel

## NOTICE OF MOTION TO REOPEN CASE

DEAN T. BENNETT, ESQ, a member of GOODGOLD WEST & BENNETT, LLC attorneys for JDM GROUP I, LLC ("JDM") an interested party has applied to the court for an order to reopen the above-entitled case for the limited purpose of presenting a motion to amend previous order of the court directing the sale of real property known as 551 East 31st Street, Paterson, New Jersey to reflect the proper title to the property.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with counsel if you have an attorney. You may wish to consult counsel if you are not represented in this proceeding.

Hearing Date: July 25, 2023    Hearing Time: 11:00 a.m.

Hearing Location: U.S. Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102

Courtroom Number: 3A

NOTE: Changes to the hearing date and time may occur at the court's discretion, in which case you will be promptly notified. If you mail your response to the clerk for filing, you must mail it early enough to ensure the court's receipt at least seven (7) days prior to the hearing date, unless otherwise ordered by the court. You must also submit your responses to:

> Dean T. Bennett, Esq.
> Goodgold West & Bennett LLC
> 33 Bleeker Street, Suite 210
> Millburn, New Jersey 07041

*AND TO*

> Clerk. US Bankruptcy Court
> District of New Jersey
> 50 Walnut Street
> Newark New Jersey 07102

If no opposition is filed, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief requested.

GOODGOLD WEST & BENNETT, LLC

by: /s/ Dean T. Bennett
Dean T. Bennett, Esq

Dated: July 13, 2023